# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 19-584     **Caption [use short title]**

**Motion for:** Motion to Accept Late Reply Brief by 1 hour and 34 mins. due to Urgent Medicial and Health illness on Sept. 08, 2020 and Motion to Strike all or parts of Appellee's Atty's False and Fraudulent Appellee's Brief containng perjurious & libelous & defamatory statements

Set forth below precise, complete statement of relief sought:

(1) Acceptance of Late Reply Brief by 1 hour and 34 minutes due medical and health related to the pandemic on Sept. 08, 2020

(2) Striking all or parts of Appellee's Atty's obviously False and Fraudulent and non factual statements that are perjurious and libelous and criminal defamatory statements against the Pl-App

(3) Accept Reply as is (4) and also acceptance of Appendix and then excusing the numbering order if any

Rolle Pl-Appellant vs. George Def-Appellee

[RECEIVED 2020 SEP 12 PM 12:43 U.S. COURT OF APPEALS SECOND CIRCUIT NIGHT DEPOSITORY]

**MOVING PARTY:** Plaintiff-Appellant Nehemiah Rolle, Jr.,     **OPPOSING PARTY:** _____

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____     **OPPOSING ATTORNEY:** _____
[name of attorney, with firm, address, phone number and e-mail]

**Court-Judge/Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☑ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**
_Nehemiah Rolle_  **Date:** 09/11/2020  **Service by:** ☐ CM/ECF ☑ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

United States Court of Appeals for Second Circuit

---

Nehemiah Rolle, Jr.
    Plaintiff-Appellant

**Affidavit In Support of Motion to Accept Late Reply by 1 hour and 34 minutes due to Urgent Medical and Health illness on Sept. 08, 2020 and Motion to Strike all or parts of Appellee's Attorney's False and Fraudulent Appellee's Brief containing Perjurious & libelous and defamatory Statements against the Plaintiff-App & Accept Pl-App's Reply as is**

Docket Number 19-584

vs.

Norman St. George
    Defendant-Appellee

---

New York State)
    )ss.:
__NY__ County)

  I, Nehemiah Rolle, Jr. make this Affirmation In Support of the Motion **to Accept Late Reply by 1 hour and 34 minutes due to Urgent Medical and Health illness on Sept. 08, 2020 and Motion to Strike all or parts of Appellee's Atty's False and Fraudulent Appellee's Brief containing Perjurious & libelous and defamatory Statements against the Plaintiff-App & Accept Pl-App's Reply as is and Accept Appendix to Reply Brief** and certifies and affirms that the following is true and correct:

  1. I, Nehemiah Rolle, Jr. am familiar with the facts and circumstances of this case and

1

hereby moves this Court at 9:30 a.m. on the _____ day of September 2020 at the United States Court of Appeals for the Second Circuit, 40 Foley Square, New York, NY 10007 with this Motion for **to Accept Late Reply by 1 hour and 34 minutes due to Urgent Medical and Health illness on Sept. 08, 2020 and Motion to Strike all or parts of Appellee's Atty's False and Fraudulent Appelle's Brief containing Perjurious & libelous and defamatory Statements against the Plaintiff-App & Accept Pl-App's Reply as is and Accept Appendix to Reply Brief** for the following reasons:

 1. The white assistant New York State Solicitor General David Lawrence III is liar and refined white supremacy where he libels and defames the Plaintiff-Appellant a traditional Black American in his "Preliminary Statement" mis-represents the facts and character and history of the Plaintiff-Appellant's. First falsehood of the "over twenty frivolous" Federal *Title 42 U.S.C. Section 1983* civil actions that he mentions white Federal judge Ann M. Donnelly did not dismissed Federal *Title 42 U.S.C. Section 1983* some seeking a declaratory judgment "sua sponte as frivolous; in fact Federal judge Ann M. Donnelly was not even a Federal judge on the bench. So, the white the assistant New York State Solicitor General David Lawrence III who I known of for least 15 years but never met nor went thru to full discovery process with and nor face in a jury trial in any of the Federal actions that he mentions in a racist matter is a liar and commits criminal perjury and criminal fraud the Plaintiff-Appellant seeks and requests that the Defendant-Appellee's brief be struck in its entirety.

 2. Further, the white the assistant New York State Solicitor General David Lawrence III is a liar commits criminal perjury when he says I "Rolle states no "First Amendment retaliation

2

claim …" in Federal Complaint against the Defendant-Appellee. Please see where I, the Plaintiff-Appellant cite on page <u>One</u> of my Federal Complaint against the Defendant-Appellee Norman St. George "This civil action involves the willful and intentional violations under color of state and federal law to unlawfully deprive Plaintiff's of his *First……… of the United States Constitution*; next page <u>Two</u> I the cite"<u>Right Pursuant to U.S. Constitution Violate By This</u> Defendant 1st Amendment [1791] Citizens of United States have the right to petition the government for a redress of Grievances. Next, please see where I, the Plaintiff-Appellant cite on pages <u>Three and Four</u> of my Federal Complaint against the Defendant-Appellee Norman St. George quote : " 4. The Plaintiff brings this federal complaint and claim against the Defendant Norman St. George because he beginning on November 29, 2018 willfully and intentionally and criminally began in retaliation depriving and violating Plaintiff Nehemiah Rolle, Jr's Constitutional Rights to pursuant to the *1st, 5th & 14th Amendment to the United States Constitution* which prohibits the Defendant or the state or a state official from engaging in acts of depriving Plaintiff the right to petition the Courts to redress grievances and file motions to dismiss without due process of law; and prohibits the Defendant from fraudulently acting to deprive the Plaintiff equal protection of the laws; and prohibits the Defendant from fraudulently acting to deprived Plaintiff access to the court; and prohibits the Defendant from and engaging in willfully acts of slander and defamation and perjurious utterances and actions against the Plaintiff that were false and was done by the Defendant to destroy Plaintiff's reputation and to injury the Plaintiff as NAACP member who made a valid complaints that he witnessed to the Defendant Norman St. George of mis-use and abuse of power and criminal obstruction of justice and perjury and

violations of the *United States Constitution and the Civil Rights Act Title 42 USC Section 1983 and 1985* under color of state against the Defendant's friend and associate Joseph Girardi a state official who engaged in the aforementioned acts against another NAACP member named Deborah Joseph in state proceedings; so the Defendant unlawfully and unjustly set out for revenge against the Plaintiff…".

3. Next, please see where I, the Plaintiff-Appellant cite on pages <u>Five</u> of my Federal Complaint against the Defendant-Appellee Norman St. George quote : " 7. The Plaintiff brings this Federal Complaint and the next claim against the Defendant Norman St. George (a mixed Black) state official for Federal criminal fraud and obstruction of justice for violating and depriving Plaintiff's of his *1st, 4th, 5th, and 14th Amendments to the United States Constitution and Title 42 USC Section 1983 and 1985 and 1988* under color of state law when Defendant not will take legal judicial notice nor recognize the Plaintiff Nehemiah Rolle, Jr. a Black American citizen born in the United States legal documentary evidence and facts and proofs in a state proceeding during motion practice and dismiss the false traffic tickets and again thereby violating and depriving Plaintiff's of his *1st, 4th, 5th, and 14th Amendments to the United States Constitution and Title 42 USC Section 1983 and 1985 and 1988* under color of state law; and the Defendant also continues to obstruct justice and allows the white police Nassau County Police Officer not to disclose his full name in state papers and on the false traffic tickets in violation of the Plaintiff's United States Constitutional Rights pursuant to *1st, 4th, 5th, and 14th Amendments to the United States Constitution and Title 42 USC Section 1983 and 1985 and 1988* under color of state

law. So, white the assistant New York State Solicitor General David Lawrence III is liar commits criminal perjury he says I "Rolle states no "First Amendment retaliation claim …" and his the Appellee's Brief must be struck.

4. Furthermore, the white the assistant New York State Solicitor General David Lawrence III is a liar commits criminal perjury when he says "It is indisputable that Rolle failed to file a notice of appeal from the post-judgment order…" Please see where I, the Plaintiff-Appellant place on page 35 of the Plaintiff-Appellant Brief where I the Plaintiff-Appellant have a copy of the receipt where I paid cash the $505 dollar filing fee to appeal the post-judgment Order of Federal judge Ann M. Donnelly. Further, Please see where I, the Plaintiff-Appellant place on page 36 filed a notarized Notice of Appeal from Federal Ann M. Donnelly post-judgment Orders.

5. Further, Please see where I, the Plaintiff-Appellant place on page 37 where filed a Affidavit of Service where I the Plaintiff-Appellant served the Defendant-Appellee's and his Attorney.

Wherefore, I the Plaintiff-Appellant requests that the Court grant my request and base its decision on findings of fact and conclusions of law and in the interest of justice.

Respectfully submitted,
*Nehemiah Rolle*
Plaintiff-Appellant Nehemiah Rolle, Jr acting as his own lawyer
909 3rd Avenue 6096
New York, New York 10150

I, _Nehemiah Rolle, Jr_____ pursuant to *Title 28 U.S.C Section 1746* certifies and affirms Signed this _____ day of _____, 2020. I

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Rolle

v.

St. George

**CERTIFICATE OF SERVICE***

Docket Number: 19-584

I, _Nehemiah Rolle, Jr_, hereby certify under penalty of perjury that
(print name)
on _09/12/2020_, I served a copy of _Amended Reply Brief_
(date)
_& Motion to Accept Late Reply Brief by 1 hour and 34 minutes due to Urgent Medical illness_ (list all documents) _on Sept. 8, 2020 and Motion to Strike_

by (select all applicable)**

___ Personal Delivery      ✓ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

David Lawrence III, Asst. Gen., New York State Attorney General's, 28 Liberty Street, NY, NY 10005

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

09/12/2020
Today's Date

Nehemiah Rolle Jr.
Signature

Certificate of Service Form (Last Revised 12/2015)

TDM 4C
SDNY

To: Attention Dana Elwood
Case Manager
Ralls vs. George - 19-5
⚡ Urgent
★ Legal papers